JUDGE ERIEANT

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

07 CV 11472

---

ARBEN GROUP, LLC,

                Plaintiff,

      -against-

HOOVER TREATED WOOD PRODUCTS,

          Defendant.

Civil Action No.

**RULE 7.1 STATEMENT**

---

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for HOOVER TREATED WOOD PRODUCTS (a private non-governmental party)

certifies that HOOVER TREATED WOOD PRODUCTS is a privately held company and that

there is no publicly held corporation which owns more than ten percent (10%) of Hoover Treated

Wood Products stock.

Dated: December 21, 2007
      New York, New York

                        McCARTER & ENGLISH, LLP

                        By:
                        Robert S. Bernstein (RB1509
                        245 Park Avenue
                        New York, NY 10167
                        (212) 609-6800
                        Attorneys for Defendant
                        Hoover Treated Wood Products

ME1 7002778v.1