UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
ARBEN GROUP, LLC,

             Plaintiff,

    -against-

HOOVER TREATED WOOD PRODUCTS, INC.

            Defendant.

------------------------------------- X

Civil Action No: 07 CV 11472 (CLB)

**STIPULATION FOR EXTENSION OF TIME TO ANSWER**

**IT IS HEREBY STIPULATED** by and between the undersigned counsel, that the time in which defendant Hoover Treated Wood Products, Inc. may answer or otherwise move as to the plaintiff's complaint be and is hereby extended through and including February 1, 2008.

ARTHUR J. SEMETIS, PC

By: s/Arthur J. Semetis
    Arthur J. Semetis, Esq. (AJS 8477)
286 Madison Avenue - 14th Floor
New York, NY 10017
(212)557-5055

Attorney for Plaintiff Arben Group, LLC

McCARTER & ENGLISH, LLP

By: s/Robert S. Bernstein
    Robert S. Bernstein (RB 1509)
245 Park Avenue
New York, NY 10167
(212) 609-6800

Attorneys for Defendant
Hoover Treated Wood Products, Inc.

ME1 7069591v.1

SO ORDERED: _____

This \_\_ day of January, 2008.

                                          _____
                                          Hon. Charles L. Brieant
                                          United States District Court Judge
                                          Southern District of New York