UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
ARBEN GROUP, LLC,                          :     Civil Action No. 07 CV 11472
                                           :
      Plaintiff,                           :
                                           :     **SUBSTITUTION OF**
v.                                         :     **ATTORNEY**
                                           :
HOOVER TREATED WOOD PRODUCTS, INC.,        :
                                           :
      Defendant.                           :
------------------------------------------------------------- X

      The undersigned hereby consent to the substitution of Kirkpatrick & Lockhart Preston Gates Ellis LLP, One Newark Center, Tenth Floor, Newark, NJ 07102, as attorneys for Defendant Hoover Treated Wood Products, Inc.


**KIRPATRICK & LOCKHART**　　　　　　　**McCARTER & ENGLISH LLP**
**PRESTON GATES ELLIS LLP**
By:___s/_____　　　　　By:_____s/_____
    Frederic J. Giordano, Esq.　　　　　　    Robert Bernstein, Esq.
    Superseding Counsel　　　　　　　　    Withdrawing Counsel
    One Newark Center　　　　　　　　    245 Park Avenue
    Newark, NJ 07102　　　　　　　　    New York, NY 10167
    (973) 848-4000　　　　　　　　　    (212) 609-6834

NW-191773 v1