# K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
A Delaware limited liability partnership
One Newark Center, Tenth Floor
Newark, NJ 07102-5252

T 973.848.4000  www.klgates.com

March 6, 2008

Frederic J. Giordano
D 973.848.4035
F 973.848.4001
frederic.giordano@klgates.com

**Via Facsimile 914-390-4085**

The Honorable Charles L. Brieant, U.S.D.J.
United States District Court for the Southern
    District of New York
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

    *Re:*    ***Arben Group, LLC v. Hoover Treated Wood Products, Inc.***
          *Docket No. 07-cv-11472-CLB*

Dear Judge Brieant:

    We represent defendant Hoover Treated Wood Products, Inc. ("Hoover"), in the above-referenced action. We write further to our March 5, 2008 request for an adjournment of the Scheduling and Initial Pretrial Conference scheduled for Friday, March 7, 2008. As my colleague Loly Tor informed Your Honor's chambers, both parties are available to proceed with the conference on April 4, 2008.

    Please do not hesitate to contact us if you have any questions. Thank you.

Respectfully submitted,

*Frederic J. Giordano*
Frederic J. Giordano

cc:    Arthur Semetis, Esq. [via facsimile - (212) 557-5051]

NW-192075 v1

Anthony P. La Rocca, Administrative Partner, New Jersey