# K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
A Delaware limited liability partnership
One Newark Center, Tenth Floor
Newark, NJ 07102-5252

T 978.848.4000　www.klgates.com

March 5, 2008

Frederic J. Giordano
D 973.848.4035
F 973.848.4001
frederic.giordano@klgates.com

Via Facsimile 914-390-4085

The Honorable Charles L. Brieant, U.S.D.J.
United States District Court for the Southern
　District of New York
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

**MEMO ENDORSED**

*[handwritten: Conference is rescheduled for 4-11-08.
So Ordered.
March 6, 2008
Charles L. Brieant
1/5/05]*

Re:　**Arben Group, LLC v. Hoover Treated Wood Products, Inc.**
　　　Docket No. 07-cv-11472-CLB

Dear Judge Brieant:

　　We represent defendant Hoover Treated Wood Products, Inc. ("Hoover"), in the above-referenced action. We write to request that the Scheduling and Initial Pretrial Conference scheduled for Friday, March 7, 2008, be adjourned. My colleague, Patrick Perrone (who also will be handling this matter after he is admitted to the Southern District of New York) and I recently changed law firms from McCarter & English, LLP, which previously represented Hoover, to Kirkpatrick & Lockhart Preston Gates Ellis LLP. A Notice of Substitution of Attorney was filed with the Court on March 5, 2008. Given our recent move, we would greatly appreciate a short adjournment.

　　We have conferred with our adversary and he has consented to this request.

Respectfully submitted,

*/s/ Frederic J. Giordano*

Frederic J. Giordano

cc:　Arthur Semetis, Esq. [via facsimile]

NW-191995 v1

Anthony P. La Rocca, Administrative Partner, New Jersey