UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
ARBEN GROUP, LLC, : Civil Action No. 07-CV-11472-CLB
:
Plaintiff, :
: **NOTICE OF APPEARANCE**
v. :
:
HOOVER TREATED WOOD PRODUCTS, INC., :
:
Defendant. :
------------------------------------------------------------------ X

PLEASE TAKE NOTICE that Patrick J. Perrone of Kirkpatrick & Lockhart Preston Gates Ellis LLP, hereby enters his appearance in this action as counsel for Defendant, Hoover Treated Wood Products, Inc., and requests that all pleadings and papers in this action be served upon the undersigned.

Dated: April 2, 2008

/s/ Patrick J. Perrone

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
One Newark Center
Newark, NJ 07102
(973) 848-4000
patrick.perrone@klgates.com

*Attorneys for Defendant*
*Hoover Treated Wood Products, Inc*.

NW-195889 v1