UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ARBEN GROUP, LLC, | Civil Action No. 07-CV-11472-CLB |
| Plaintiff, | |
| | **NOTICE OF APPEARANCE** |
| v. | |
| HOOVER TREATED WOOD PRODUCTS, INC., | |
| Defendant. | |

---

PLEASE TAKE NOTICE that Loly G. Tor of Kirkpatrick & Lockhart Preston Gates Ellis LLP, hereby enters her appearance in this action as counsel for Defendant, Hoover Treated Wood Products, Inc., and requests that all pleadings and papers in this action be served upon the undersigned.

Dated: April 2, 2008

/s/ Loly G. Tor

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
One Newark Center
Newark, NJ 07102
(973) 848-4000
loly.tor@klgates.com

*Attorneys for Defendant*
*Hoover Treated Wood Products, Inc*.

NW-195893 v1