**KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP**
Patrick J. Perrone (PP2887)
One Newark Center, 10th Floor
Newark, New Jersey 07102
(973) 848-4000
*Attorneys for Defendant/Third Party Plaintiff*
*Hoover Treated Wood Products, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
ARBEN GROUP, LLC,                    :    Civil Action No: 07 CV 11472 (CLB)
                                     :
              Plaintiff,             :
                                     :
v.                                   :
                                     :
HOOVER TREATED WOOD PRODUCTS, INC.   :
                                     :    **THIRD PARTY SUMMONS**
              Defendant.             :    **IN A CIVIL ACTION**
                                     :
------------------------------------- X
HOOVER TREATED WOOD PRODUCTS, INC.,  :
                                     :
              Defendant/             :
              Third Party Plaintiff, :
                                     :
v.                                   :
                                     :
INTERNATIONAL PAPER COMPANY,         :
                                     :
              Third Party Defendant. :
------------------------------------- X

**TO:   International Paper Company
       6400 Poplar Avenue
       Memphis, Tennessee 38197**

**YOU ARE HEREBY SUMMONED** and required to serve on

| | |
|---|---|
| Arthur J. Semetis, Esq. | Patrick J. Perrone, Esq. |
| Arthur J. Semetis, P.C. | Kirkpatrick & Lockhart Preston Gates Ellis LLP |
| 286 Madison Avenue, 14th Floor | One Newark Center, 10th Floor |
| New York, New York 10017 | Newark, New Jersey 07102 |
| (212) 557-5055 | (973) 848-4000 |
| (212) 557-5051 (fax) | (973) 848-4001 (fax) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant/Third Party Plaintiff* |
| *Arben Group, LLC* | *Hoover Treated Wood Products, Inc.* |

an answer to the third-party complaint which is served on you with this summons, within days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____          _____
Clerk                                                                           Date

_____
(By) Deputy Clerk

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                              *Signature of Server*

                                         _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

3