## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

July 2, 2008

### SCHEDULING ORDER
07CV11472 (CLB)(LMS)

Arthur J. Semetis
Arthur J. Semetis, PC
286 Madison Avenue   14th Floor
New York, NY 10017

Loly Garcia Tor
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
One Newark Center   10th Floor
Newark, NJ 07102

The matter of **ARBEN-V-HOOVER** has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **July 15, 2008** at 11:30 AM in Courtroom 420.

Notify all other parties of this schedule immediately.

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: *[signature]*
Hon. Lisa Margaret Smith
U.S.M.J.