UNITED STATES DISTRICT COURT                           Rev. 9/03
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ARBEN GROUP

                                Plaintiff,

                                                       **ORDER OF REFERENCE**
                - against -                             **TO A MAGISTRATE JUDGE**

                                                       07 Civ. 11472 (CLB)(LMS)

HOOVER TREATED WOOD
                                Defendant.
----------------------------------------------------------------X

        The above entitled action is referred to the Hon. Lisa M. Smith, United States Magistrate
Judge for the following purpose(s):

| | | |
|---|---|---|
| ____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |

____ Specific Non-Dispositive Motion/Dispute:*            ____ Consent under 28 U.S.C.§636(c) for
                                                               limited purpose of ____  _____
    ___  _____  ____  _____  _____
    _____  ___  _____  _____  _____

                                                          ____ Habeas Corpus

_____ Settlement*
                                                          ____ Dispositive Motion (i.e., motion
                                                               requiring a Report and Recommendation)
___x__ All Purposes
                                                               Particular Motion:_____  _____
                                                          _____  ___  _____  _____

                                                               All such motions: _____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York
        July 7, 2008

                                        _Charles L. Brieant_____
                                        United States District Judge