

ATTORNEYS AT LAW

July 10, 2008

VIA ECF

Judge Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street, Rm. 275
White Plains, NY 10601

Robert S. Bernstein
Partner
T. 212.609.6834
F. 212.645.0853
rbernstein@mccarter.com

Re: Arben Group, LLC v. Hoover Treated Wood Products
7:07-cv-11472-CLB

Dear Judge Brieant:

Please be advised that defendant Hoover Treated Wood Products (defendant) is no longer represented by McCarter & English, LLP, previously listed as counsel of record.

McCarter & English, LLP
245 Park Avenue
27th Floor
New York, NY 10167
T. 212.609.6800
F. 212.609.6921
www.mccarter.com

Pursuant to the Notices of Appearance filed on April 2, 2008 (Docket # 10 and 11); counsel of record for defendant in the above captioned matter are Patrick Joseph Perrone and Loly Garcia Tor of Kirkpatrick & Lockhart Preston Gates Ellis, LLP (NJ). All notices and papers from this date forward should be served upon their office.

Respectfully Submitted,

Robert S. Bernstein

BOSTON

mt

HARTFORD

cc: All Counsel of Record (Via ECF Notice)

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 7517303v.1