UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ARBEN GROUP, LLC,

                           Plaintiff,

    -against-

HOOVER TREATED WOOD PRODUCTS, INC.,

                           Defendant.
-----------------------------------------------------------------x
HOOVER TREATED WOOD PRODUCTS, INC.,

            Defendant/Third-Party Plaintiff,

    -against-

INTERNATIONAL PAPER COMPANY,

            Third-Party Defendant.
-----------------------------------------------------------------x

07 CV 11472 (CLB)

RULE 7.1 STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for International Paper Company (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or U.S. subsidiaries of said party, which are publicly held. International Paper Company has one non-U.S. subsidiary which is publicly traded, the name of which is Olmuksa Sabanci Ambalaj Sanayi ve Ticaret A.S.

DATED:    White Plains, NY
                July 29, 2008

Yours, etc.,

CLARK, GAGLIARDI & MILLER P.C.

By: _____
Lawrence T. D'Aloise, Jr.
(LTD - 7155)

Attorney Bar Code: 1135789

Attorneys for Third-Party Defendant
The Inns of Court
99 Court Street
White Plains, NY 10601
(914) 946-8900

TO:   Patrick J. Perrone, Esq.
      KIRKPATRICK & LOCKHART
      PRESTON GATES ELLIS LLP
      Attorneys for Defendant and Third-Party Defendant
      HOOVER TREATED WOOD PRODUCTS, INC.
      One Newark Center, 10th Floor
      Newark, NJ 07102

      Arthur J. Semetis, Esq.
      ARTHUR J. SEMETIS, P.C.
      Attorneys for Plaintiff ARBEN GROUP, LLC
      286 Madison Avenue - 14th Floor
      New York, NY 10017